UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMY ANAHY VILLACRES ZAMBRANO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TRACY RENAUD, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:23-cv-00074-JHC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

　　　The Clerk is directed to send a copy of this Order to plaintiff.

　　　DATED this 18th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Brian A. Tsuchida
　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1